1 ROBERT W. FREEMAN
Nevada Bar No. 3062
2 Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
3 Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
4 LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
5 Las Vegas, Nevada 89118
Telephone: 702.893.3383
6 Facsimile: 702.893.3789
*Attorneys for Defendant*
7 *State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| TAMER OMRAN, | CASE NO.: 2:23-cv-00431-RFB-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I – V and ROES VI – X, inclusive, | **[FIFTH REQUEST]** |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by Sixty (60) days, up to and including Tuesday, October 1, 2024. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows:

### DISCOVERY COMPLETED

1. On April 7, 2023, the parties conducted an initial FRCP 26(f) conference.

2. On April 21, 2023, Plaintiff served his FRCP 26 Initial Disclosures.

3. On April 21, 2023, Defendant served its FRCP 26 Initial Disclosures.

4. On May 4, 2023, Defendant served written discovery on Plaintiff. Plaintiff served his responses on June 2, 2023.



142552451.1

5. On June 2, 2023, Plaintiff served his first supplement to his FRCP 26 Disclosures.

6. On August 2, 2023, Plaintiff served written discovery on Plaintiff. Defendant served its responses that are on October 5, 2023.

7. On August 3, 2023, Defendant took the deposition of Plaintiff.

8. On October 5, 2023, Defendant Answered Plaintiff's written discovery.

9. On January 10, 2024, Defendant served their second supplement to their FRCP 26 Disclosures.

10. On April 1, 2024, Defendant served their Initial Disclosure of Expert Witnesses.

11. On April 24, 2024, Defendant served their 2nd set of written discovery on Plaintiff.

12. **On May 23, 2024, Plaintiff served his Supplemental Responses to written discovery.**

13. **On June 5, 2024, Plaintiff served his Second Supplemental 26.1 Disclosures.**

14. **On June 26, 2024, Defendant served their Third Request for Production of Documents and Admissions.**

15. **On July 5, 2024, Plaintiff Noticed the FRCP 30(b)(6) Witness for July 18, 2024.**

## DISCOVERY REMAINING

1. The parties will continue participating in written discovery.

2. Defendant will collect Plaintiff's medical records.

3. The deposition of State Farm representatives.

4. The deposition of Defendant's FRCP 30(b)(6) witness(es).

5. The parties may depose any and all other witnesses garnered through discovery, potentially including treatment providers and claims adjusters.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, the parties seek this extension solely for the purpose of allowing sufficient time to conduct discovery.

The primary remaining issue for discovery will be the deposition of State Farm's FRCP30b6

142552451.1                          2

witness.  The parties, after good faith negotiations and discussions have agreed upon the topics and parameters of the deposition without outstanding objections. (Save for any that arise at deposition). State Farm has designated a single individual to be the witness for all topics.

That noted, given the time between negotiations on topics, the office closures associated with the July 4 holiday, and the deponent's own personal leave during July, and the short window between the confirmation of date and the deposition, State Farm requires additional time to prepare the deponent and to provide all possible pertinent materials/information to him.  The parties request 60 days rather than a shorter amount of time to account for unavailability of either the FRCP 30b6 witness or Plaintiff/Defendant Counsel.

The parties have been diligent in moving the case forward: participating in a reasonable amount of discovery, including exchanging their initial and supplemental lists of witnesses and documents; propounding written discovery requests and responding thereto; records procurement; as well as preparing for and conducting Plaintiff's deposition.  Because the nature of FRCP 30(b)(6) depositions require considerable preparation, the parties ask additional time so that Defendant SFMAIC's FRCP 30(b)(6) witness has adequate time to prepare.

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>.  LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order.  Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3. This stipulation is made more than 21 days before the expiration of any deadlines.

This is the fifth and expected final request for extension of time in this matter for enlargements of discovery.  The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

/ / /

/ / /

/ / /



142552451.1                                         3

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | *Friday, August 2, 2024* | *Tuesday, October 1, 2024* |
| Deadline to Amend Pleadings or Add Parties | *Closed* | *Closed* |
| Expert Disclosure pursuant to FRCP 26 (a)(2) | *Closed* | *Closed* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Closed* | *Closed* |
| Dispositive Motions | *Friday, August 30, 2024* | *Tuesday, October 29, 2024* |
| Joint Pretrial Order | *Friday, October 4, 2024* | *Tuesday, December 3, 2024*<br><br>*If dispositive motions are pending, then the parties will serve their Joint Pretrial Order within thirty days of the Court's order as to the parties' dispositive motions.* |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

142552451.1

4

WHEREFORE, the parties respectfully request that this Court extend the discovery period by Sixty (60) days from the current deadline of August 2, 2024, up to and including October 1, 2024, and the other dates as outlined in accordance with the table above.

| Dated this 9th day of July, 2024 | Dated this 10th day of July, 2024 |
|---|---|
| **JESSE SBAIH & ASSOCIATES, LTD.** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| By:/s/ Ines Olevic-Saleh<br>  JESSE M. SBAIH<br>  Nevada Bar No. 7898<br>  INES OLEVIC-SALEH<br>  Nevada Bar No. 11431<br>  170 South Green Valley Parkway, Suite 280<br>  Henderson, Nevada 89012<br>  *Attorneys for Plaintiff* | By:/s/ Frank A. Toddre, II<br>  ROBERT W. FREEMAN<br>  Nevada Bar No. 3062<br>  FRANK A. TODDRE, II<br>  Nevada Bar No. 11474<br>  6385 S. Rainbow Boulevard, Suite 600<br>  Las Vegas, Nevada 89118<br>  *Attorneys for Defendant*<br>  *State Farm Mutual Automobile*<br>  *Insurance Company* |

## ORDER

IT IS SO ORDERED.

DATED this __11__ day of __July__, 2024.

_____
UNITED STATES MAGISTRATE JUDGE