1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   FRANCIS A. ARENAS
3  Nevada Bar No. 6557
   Francis.Arenas@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
6  Facsimile: 702.893.3789
   *Attorneys for Defendant*
7  *State Farm Mutual Automobile Insurance*
   *Company*
8

9                    **UNITED STATES DISTRICT COURT**

10                            **DISTRICT OF NEVADA**

11  | TAMER OMRAN, | CASE NO.: 2:23-cv-00431-RFB-BNW |
12  | Plaintiff, | |
13  | vs. | **DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S NOTICE OF DISASSOCIATION AND APPEARANCE OF COUNSEL** |
14  | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I – V and ROES VI – X, inclusive, | |
15  | | |
16  | Defendants. | |

17

18      PLEASE TAKE NOTICE that Frank A. Toddre, II, Esq., is no longer with the law firm of

19  LEWIS BRISBOIS BISGAARD & SMITH LLP. Please remove Frank A. Toddre, II, Esq. from your

20  service lists.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

164129504.1

1  PLEASE ALSO TAKE NOTICE that Francis A. Arenas, Esq. of the law firm Lewis Brisbois Bisgaard & Smith LLP hereby enters his appearance as counsel of record for Defendant State Farm Mutual Automobile Insurance Company ("State Farm") and requests that he be added to the docket as counsel for State Farm (with Robert W. Freeman, Esq.).

DATED this 1st day of October, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By   */s/ Francis A. Arenas*
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendant*
*State Farm Mutual Automobile Insurance Company*

**IT IS SO ORDERED**

**DATED:** 7:17 pm, October 02, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of October, 2025, I electronically filed the **DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S NOTICE OF DISASSOCIATION AND APPEARANCE OF COUNSEL** with the Clerk of the Court through Case Management/Electronic Filing System.

Jesse M. Sbaih, Esq.
Nevada Bar No. 7898
Ines Olevic-Saleh, Esq.
Nevada Bar No. 11431
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel. 702-896-2529
Fax 702-896-0529
Email: jsbaih@sbaihlaw.com
Email: iolevic@sbaihlaw.com
*Attorneys for Plaintiff*

By  /s/ Jeannette Versoza
An Employee of LEWIS BRISBOIS BISGAARD & SMITH LLP

164129504.1

3