**KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No.: 12697
**BIGHORN LAW**
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Email: Josh@BighornLaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMER OMRAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I—V and ROES VI—X, inclusive,<br><br>　　　　　Defendants. | Case No.:  2:23-cv-00431-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE JOINT PRE-TRIAL ORDER**<br><br>**[SECOND REQUEST]** |

     Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the joint pre-trial Order (currently due December 8, 2025) in the above captioned case by thirty (30) days, up to and including Wednesday, January 7, 2026.

     This request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

     The parties have been diligent in preparing the Joint Pre-Trial Order, however, counsel for Plaintiff, Joshua P. Berrett, Esq. and Kimball Jones, Esq. of BIGHORN LAW, have recently appeared in this matter and are getting fully up to speed on the history of the case. There remain sections that need to be completed and agreed upon by the parties. The parties seek additional time to complete and review the Joint Pre-Trial Order before its submission to the court.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their joint pre-trial order by thirty (30) days from the current deadline of December 8, 2025 up to and including Wednesday, January 7, 2026.

DATED this 2nd day of December, 2025.

**BIGHORN LAW**

*/s/Joshua P. Berrett*
**KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No.: 12697
3675 W Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
*Attorneys for Plaintiff*

DATED this 2nd day of December, 2025.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/Francis A. Arenas*
**ROBERT W. FREEMAN, ESQ.**
Nevada Bar No. 3062
**FRANCIS A. ARENAS, ESQ.**
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

DATED this 8th day of December, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE