**KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No.: 12697
**BIGHORN LAW**
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Email: Josh@BighornLaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMER OMRAN,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I—V and ROES VI—X, inclusive,<br><br>        Defendants. | Case No.:  2:23-cv-00431-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE JOINT PRE-TRIAL ORDER**<br><br>**[THIRD REQUEST]** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the joint pre-trial Order (currently due December 8, 2025) in the above captioned case up to and including Thursday, April 30, 2026.

This request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

The parties have been diligent in preparing the Joint Pre-Trial Order, however, the parties have been engaged in settlement discussions and believe there is a very strong likelihood of fully resolving this matter without trial. The parties are presently working to schedule a mediation, which is expected to be sometime in March, depending on availability of all necessary persons. The parties seek additional time to fully explore all settlement resolution options before submission to the Court.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to complete mediation, and then file their joint pre-trial order if such efforts are unsuccessful. To facilitate mediation, the parties request that the deadline for the parties' Joint Pre-Trial Order be extended, to be due up to and including Thursday, April 30, 2026.

DATED this 7th day of January, 2026.

**BIGHORN LAW**

*/s/Joshua P. Berrett*
**KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No.: 12697
3675 W Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
*Attorneys for Plaintiff*

DATED this 7th day of January, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/Francis A. Arenas*
**ROBERT W. FREEMAN, ESQ.**
Nevada Bar No. 3062
**FRANCIS A. ARENAS, ESQ.**
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

DATED this 13th day of January, 2026.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE